UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| In re: | § | Case No. 08-04446 |
|---|---|---|
| | § | |
| MICHIGAN AGGREGATES | § | |
| CORPORATION | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Marcia R. Meoli, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $897,478.85 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $10,116.79 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $24,911.68 | | |

3) Total gross receipts of $35,028.47 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $35,028.47 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $129,953.31 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $24,911.68 | $24,911.68 | $24,911.68 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $131,879.09 | $82,457.76 | $10,116.79 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $1,205,316.50 | $1,017,426.11 | $0.00 |
| **Total Disbursements** | NA | $1,492,060.58 | $1,124,795.55 | $35,028.47 |

4). This case was originally filed under chapter 7 on 05/20/2008. The case was pending for 60 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2013        By:   /s/ Marcia R. Meoli
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1999 PORSCH BOXSTER | 1129-000 | $6,000.00 |
| GENWORTH LIFE INS. -RICHARD A. DAVIDSON | 1129-000 | $14,755.42 |
| DAVIDSON/INTERSTATE AGGREGATES-PREFERENCE FUNDS | 1241-000 | $14,250.00 |
| Interest Earned | 1270-000 | $23.05 |
| **TOTAL GROSS RECEIPTS** | | **$35,028.47** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 S | Citizens Bank | 4110-000 | NA | $90,415.41 | $0.00 | $0.00 |
| 22-3 | Internal Revenue Service | 4300-000 | NA | $13,179.30 | $0.00 | $0.00 |
| 22-2 | Internal Revenue Service | 4300-000 | NA | $13,179.30 | $0.00 | $0.00 |
| 22 S | Internal Revenue Service | 4300-000 | NA | $13,179.30 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | NA | $129,953.31 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARCIA R MEOLI, Trustee | 2100-000 | NA | $4,252.85 | $4,252.85 | $4,252.85 |
| MARCIA R MEOLI, Trustee | 2200-000 | NA | $147.36 | $147.36 | $147.36 |
| INSURANCE PARTNERS AGENCY, INC. | 2300-000 | NA | $16.86 | $16.86 | $16.86 |
| MRSC INSURANCE PARTNERS, LLC | 2300-000 | NA | $26.66 | $26.66 | $26.66 |
| MYERS-REESE INSURANCE AGENCY | 2300-000 | NA | $48.09 | $48.09 | $48.09 |
| The Bank of New York Mellon | 2600-000 | NA | $704.44 | $704.44 | $704.44 |

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | $500.00 | $500.00 | $500.00 |
| JOHN PIGGINS, Attorney for Trustee | 3210-000 | NA | $14,011.00 | $14,011.00 | $14,011.00 |
| JOHN PIGGINS, Attorney for Trustee | 3220-000 | NA | $1,211.73 | $1,211.73 | $1,211.73 |
| ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN PC, Attorney for Creditor | 3991-120 | NA | $3,354.00 | $3,354.00 | $3,354.00 |
| ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN PC, Attorney for Creditor | 3992-130 | NA | $638.69 | $638.69 | $638.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $24,911.68 | $24,911.68 | $24,911.68 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 2-2 | Operating Engineers' Fringe Benefit Funds | 5400-000 | NA | $35,139.09 | $35,139.09 | $10,116.79 |
| 2 P | Operating Engineers' Fringe Benefit Funds | 5400-000 | NA | $35,139.09 | $0.00 | $0.00 |
| 14 | State of Michigan, Department of Treasury | 5800-000 | NA | $36,947.02 | $36,947.02 | $0.00 |
| 22-3 | Internal Revenue Service | 5800-000 | NA | $7,141.12 | $7,141.12 | $0.00 |
| 22-2 | Internal Revenue Service | 5800-000 | NA | $7,141.12 | $0.00 | $0.00 |
| 22 P | Internal Revenue Service | 5800-000 | NA | $7,141.12 | $0.00 | $0.00 |
| 23 | State of Michigan | 5800-000 | NA | $3,230.53 | $3,230.53 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $131,879.09 | $82,457.76 | $10,116.79 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Hanson Aggregates | 7100-000 | NA | $46,669.92 | $46,669.92 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Midwest, Inc |  |  |  |  |  |
| 2-2 | Operating Engineers' Fringe Benefit Funds | 7100-000 | NA | $169,884.16 | $169,884.16 | $0.00 |
| 2 U | Operating Engineers' Fringe Benefit Funds | 7100-000 | NA | $169,884.16 | $0.00 | $0.00 |
| 3 | Sandvik Mining and Construction USA LLC | 7100-000 | NA | $1,338.31 | $1,338.31 | $0.00 |
| 4 | GTS Transport Company Inc. | 7100-000 | NA | $19,318.87 | $19,318.87 | $0.00 |
| 5 | Accident Fund Insurance | 7100-000 | NA | $4,737.00 | $4,737.00 | $0.00 |
| 6 | Manpower of Lansing Michigan | 7100-000 | NA | $533.25 | $533.25 | $0.00 |
| 7 | The Rehman Group | 7100-000 | NA | $12,900.00 | $12,900.00 | $0.00 |
| 8 | STONE TRANSPORTATION LIMITED PARTNERSHIP | 7100-000 | NA | $5,049.30 | $5,049.30 | $0.00 |
| 9 | Conveyall Ind. Supply Inc. | 7100-000 | NA | $19,323.58 | $19,323.58 | $0.00 |
| 10 | Willis and Jurasek PC | 7100-000 | NA | $30,956.76 | $30,956.76 | $0.00 |
| 11 | Washington Mills Elector MI | 7100-000 | NA | $950.00 | $950.00 | $0.00 |
| 12 | David Buckles | 7100-000 | NA | $22,000.00 | $22,000.00 | $0.00 |
| 13 | Clark Electric | 7100-000 | NA | $6,473.91 | $6,473.91 | $0.00 |
| 15 | State of Michigan, Department of Treasury | 7100-000 | NA | $8,214.81 | $8,214.81 | $0.00 |
| 16 | eCAST Settlement Corporation | 7100-000 | NA | $526.67 | $526.67 | $0.00 |
| 17 U | Citizens Bank | 7100-000 | NA | $568,574.78 | $568,574.78 | $0.00 |
| 18 | Southwest Brake & Parts | 7100-000 | NA | $575.17 | $575.17 | $0.00 |
| 19 | Beverly Armstrong | 7100-000 | NA | $64,000.00 | $64,000.00 | $0.00 |
| 20-2 | Hendrickson Trucking | 7100-000 | NA | $14,888.59 | $14,888.59 | $0.00 |
| 20 | Hendrickson Trucking | 7100-000 | NA | $14,888.59 | $0.00 | $0.00 |
| 21 | WARNER NORCROSS & JUDD LLP | 7100-000 | NA | $18,952.21 | $18,952.21 | $0.00 |
| 22-2 | Internal Revenue Service | 7100-000 | NA | $1,558.82 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 U | Internal Revenue Service | 7100-000 | NA | $1,558.82 | $0.00 | $0.00 |
| 22-3 | Internal Revenue Service | 7100-000 | NA | $1,558.82 | $1,558.82 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,205,316.50 | $1,017,426.11 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1      Exhibit 8

| Case No.: | 08-04446 | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | Date Filed (f) or Converted (c): | 05/20/2008 (f) |
| For the Period Ending: | 5/15/2013 | §341(a) Meeting Date: | 09/22/2008 |
| | | Claims Bar Date: | 01/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  REAL ESTATE-SOMERSET TWP, HILLSDALE CO. | $12,000.00 | $0.00 | | $0.00 | FA |
| 2  CITIZENS BANK- CK ACCT- OVERDRAWN -$106.02 | $0.00 | $0.00 | | $0.00 | FA |
| 3  COUNTY NATIONAL BANK - CK. ACCT. | $166.44 | $0.00 | | $0.00 | FA |
| 4  CONSUMERS ENERGY | $25,000.00 | $0.00 | | $0.00 | FA |
| 5  GENWORTH LIFE INS. -RICHARD A. DAVIDSON | $14,716.72 | $14,755.42 | | $14,755.42 | FA |
| 6  AIR/WATER QUALITY PERMITS | $0.00 | $0.00 | | $0.00 | FA |
| 7  AUTO, TRUCKS, ETC. AT 9960 E. CHICAGO ROAD | $17,175.00 | $0.00 | | $0.00 | FA |
| 8  OFFICE EQUIP, ETC. AT 9960 E CHICAGO RD. | $5,000.00 | $0.00 | | $0.00 | FA |
| 9  MACHINERY, EQUIP, ETC. AT 9960 E. CHICAGO RD. | $537,200.00 | $0.00 | | $0.00 | FA |
| 10 INVENTORY AT 9960 E CHICAGO RD. | $254,742.00 | $0.00 | | $0.00 | FA |
| 11 1999 PORSCH BOXSTER | $6,000.00 | $6,000.00 | | $6,000.00 | FA |
| 12 ACCOUNTS RECEIVABLE | $46,195.41 | $0.00 | | $0.00 | FA |
| 13 DAVIDSON/INTERSTATE AGGREGATES-PREFERENCE FUNDS (u) | $18,000.00 | $18,000.00 | | $14,250.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown | | $23.05 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$936,195.57      $38,755.42      $35,028.47      $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2      Exhibit 8

| Case No.: | 08-04446 | | Trustee Name: | Marcia R. Meoli |
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | Date Filed (f) or Converted (c): | 05/20/2008 (f) |
| For the Period Ending: | 5/15/2013 | | §341(a) Meeting Date: | 09/22/2008 |
| | | | Claims Bar Date: | 01/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

03/29/2013   ASSET CLOSING

    READY for TDR*****  3/29/13 All Cks have cleared^dg.  3/25/13 TFR Cks disbursed^dg.  02/10/13 TFR Served. UST.  02/07/13 EM TO UST re: comment from atty hillegonds. mm.  pc with ust ebright.  what about lower amount from davidson.  em to atty hillegonds. mm. 1/29/13 TFR to UST^dg.  01/25/13 go ahead with this claim allowed.  mm.  RESPOSNE: HE SENT NOTICEOF BUSINESS TERMINATION AS OF 12/07.  OK.  EM TO CLAIMS ATTY. MM.  now, quesiton about union priority claim.  em to atty. mm. 01/02/13  have them.  THIS DEBT DOES NOT SHOW ON THE SCHEDULES.  NEED TO SEE INVOICES.  em to skilton. mm.  12/28/12  THEN HE RESPONDS.  MRM TO REVIEW DOCS JUST SENT.  nothing from skilton.  em to him, copy to piggins. mm.  11/29/12 claims review.  problem with #21, DA fees. email to claimant.  mm.   11/21/12 TA Cks disbursed to JP^dg. 10/16/12 Adv fees Ck disbursed to US BK CT^dg.  10/15/12  SOM WILL REVIEW CLAIMS IN NEXT 30 DAYS. -  10/15/12 - recd email from som fwd to M - nm -  10/12/12 - filed n2p & served som - nm  10/11/12  bill of costs (cc).  ct.  10/04/12  NI. MM.  06/28/11  creditor is not expecting payment now.  nothing to do. mm.  06/27/11  to atty hillegonds.  copy to filing atty: hoping he will wd.  mm.  06/23/11 APPLICATION FOR ME TO PAY ADMIN CLAIM.  referred to atty hillegonds.  mm.  06/23/11   NDR 10/08.

| Initial Projected Date Of Final Report (TFR): | 06/06/2009 | Current Projected Date Of Final Report (TFR): | 01/29/2013 | /s/ MARCIA R. MEOLI |
| | | | | MARCIA R. MEOLI |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-04446 | | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9067 | | | Checking Acct #: | ******9665 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2008 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/02/2010 | | Wire in from JPMorgan Chase Bank, N.A. account *********9665 | Wire in from JPMorgan Chase Bank, N.A. account *********9665 | 9999-000 | $18,334.94 | | $18,334.94 |
| 02/26/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.91 | | $18,335.85 |
| 03/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.09 | | $18,336.94 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.05 | | $18,337.99 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.09 | | $18,339.08 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.05 | | $18,340.13 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.09 | | $18,341.22 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.09 | | $18,342.31 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,342.46 |
| 10/27/2010 | | To Account #**********9666 | Transfer for Attorney for Trustee fees & costs per Order of 10/20/2010 | 9999-000 | | $6,881.70 | $11,460.76 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $11,460.90 |
| 11/15/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $11,460.94 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.05 | | $11,460.99 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,461.08 |
| 01/20/2011 | 11003 | MRSC INSURANCE PARTNERS, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/20/2011 FOR CASE #08-04446, BOND PREMIUM PAYMENT | 2300-000 | | $9.41 | $11,451.67 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,451.76 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.08 | | $11,451.84 |
| 03/10/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $11,451.86 |
| 03/14/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.01 | | $11,451.87 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.05 | | $11,451.92 |
| 04/13/2011 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #1; | 1241-000 | $750.00 | | $12,201.92 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $12,202.01 |
| 05/13/2011 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #2 | 1241-000 | $750.00 | | $12,952.01 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $12,952.11 |

| | | | | SUBTOTALS | $19,843.22 | $6,891.11 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-04446 | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9067 | | Checking Acct #: | ******9665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/14/2011 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #3 | 1241-000 | $750.00 | | $13,702.11 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,702.21 |
| 07/14/2011 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #4 | 1241-000 | $750.00 | | $14,452.21 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $14,452.32 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $27.00 | $14,425.32 |
| 08/17/2011 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #5 | 1241-000 | $750.00 | | $15,175.32 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,175.44 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $34.27 | $15,141.17 |
| 09/13/2011 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #6 | 1241-000 | $750.00 | | $15,891.17 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($0.99) | $15,892.16 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,892.28 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $31.93 | $15,860.35 |
| 10/14/2011 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #7 | 1241-000 | $750.00 | | $16,610.35 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,610.48 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $32.07 | $16,578.41 |
| 11/16/2011 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #8 | 1241-000 | $750.00 | | $17,328.41 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $17,328.54 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $36.95 | $17,291.59 |
| 12/13/2011 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #9 | 1241-000 | $750.00 | | $18,041.59 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $18,041.73 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $36.35 | $18,005.38 |
| 01/11/2012 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #10 | 1241-000 | $750.00 | | $18,755.38 |
| 01/19/2012 | 11004 | MRSC INSURANCE PARTNERS, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2012 FOR CASE #08-04446, MEOLI-1 / Inv# 83214 / Chapter 7 Blanket Bond Renewal | 2300-000 | | $17.25 | $18,738.13 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,738.28 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $40.33 | $18,697.95 |

| | | | | SUBTOTALS | $6,001.00 | $255.16 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-04446 | | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9067 | | | Checking Acct #: | ******9665 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2008 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/15/2012 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #11 | 1241-000 | $750.00 | | $19,447.95 |
| 02/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $37.70 | $19,410.25 |
| 03/14/2012 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #12 | 1241-000 | $750.00 | | $20,160.25 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $40.54 | $20,119.71 |
| 04/17/2012 | (13) | Davidson/Interstate Aggregates, Inc. | Acct #13; Payment #13 | 1241-000 | $750.00 | | $20,869.71 |
| 04/23/2012 | | To Account #**********9667 | TRANSFER FUNDS | 9999-000 | | $20,869.71 | $0.00 |
| | | | **TOTALS:** | | $28,094.22 | $28,094.22 | $0.00 |
| | | | Less: Bank transfers/CDs | | $18,334.94 | $27,751.41 | |
| | | | Subtotal | | $9,759.28 | $342.81 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $9,759.28 | $342.81 | |

| For the period of 5/20/2008 to 5/15/2013 | | For the entire history of the account between 02/02/2010 to 5/15/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,759.28 | Total Compensable Receipts: | $9,759.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,759.28 | Total Comp/Non Comp Receipts: | $9,759.28 |
| Total Internal/Transfer Receipts: | $18,334.94 | Total Internal/Transfer Receipts: | $18,334.94 |
| | | | |
| Total Compensable Disbursements: | $342.81 | Total Compensable Disbursements: | $342.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $342.81 | Total Comp/Non Comp Disbursements: | $342.81 |
| Total Internal/Transfer Disbursements: | $27,751.41 | Total Internal/Transfer Disbursements: | $27,751.41 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-04446 | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9067 | | Checking Acct #: | ******9666 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2010 | | From Account #**********9665 | Transfer for Attorney for Trustee fees & costs per Order of 10/20/2010 | 9999-000 | $6,881.70 | | $6,881.70 |
| 10/27/2010 | 10103 | JOHN PIGGINS | ATTORNEY FOR TRUSTEE FEES PER ORDER 10/20/2010 | 3210-000 | | $5,997.00 | $884.70 |
| 10/27/2010 | 10104 | JOHN PIGGINS | ATTORNEY FOR TRUSTEE EXPENSES PER ORDER 10/20/2010 | 3220-000 | | $884.70 | $0.00 |
| | | | TOTALS: | | $6,881.70 | $6,881.70 | $0.00 |
| | | | Less: Bank transfers/CDs | | $6,881.70 | $0.00 | |
| | | | Subtotal | | $0.00 | $6,881.70 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $6,881.70 | |

For the period of **5/20/2008** to **5/15/2013**      For the entire history of the account between **02/02/2010** to **5/15/2013**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,881.70 | Total Internal/Transfer Receipts: | $6,881.70 |
| | | | |
| Total Compensable Disbursements: | $6,881.70 | Total Compensable Disbursements: | $6,881.70 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,881.70 | Total Comp/Non Comp Disbursements: | $6,881.70 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-04446 | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9067 | | Checking Acct #: | ******9667 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/23/2012 | | From Account #**********9665 | TRANSFER FUNDS | 9999-000 | $20,869.71 | | $20,869.71 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $20,844.71 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $46.98 | $20,797.73 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $41.19 | $20,756.54 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $45.36 | $20,711.18 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $43.85 | $20,667.33 |
| 09/17/2012 | | Interstate Aggregates Inc. | Acct #13; Payment #16, 17, 18, 19 | * | $2,500.00 | | $23,167.33 |
| | {13} | | Acct #13; Payment #16          $250.00 | 1241-000 | | | $23,167.33 |
| | {13} | | Acct #13; Payment #17          $750.00 | 1241-000 | | | $23,167.33 |
| | {13} | | Acct #13; Payment #18          $750.00 | 1241-000 | | | $23,167.33 |
| | {13} | | Acct #13; Payment #19          $750.00 | 1241-000 | | | $23,167.33 |
| 09/17/2012 | | Richard Davidson | Acct #13; Payment #14, 15, 16; | * | $2,000.00 | | $25,167.33 |
| | {13} | | Acct #13; Payment #14; Settlement regarding Preference funds    $750.00 | 1241-000 | | | $25,167.33 |
| | {13} | | Acct #13; Payment #15; Settlement regarding Preference funds    $750.00 | 1241-000 | | | $25,167.33 |
| | {13} | | Acct #13; Payment #16; Settlement regarding Preference funds    $500.00 | 1241-000 | | | $25,167.33 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $42.60 | $25,124.73 |
| 10/16/2012 | 101 | UNITED STATES BANKRUPTCY COURT | Adversary Fees: Adversary cases 10-80513 and 10-80514 | 2700-000 | | $500.00 | $24,624.73 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $56.22 | $24,568.51 |
| 11/21/2012 | 102 | JOHN PIGGINS | ATTORNEY FOR TRUSTEE FEES PER ORDER 11/9/2012 | 3210-000 | | $5,754.00 | $18,814.51 |
| 11/21/2012 | 103 | JOHN PIGGINS | ATTORNEY FOR TRUSTEE EXPENSES PER ORDER 11/9/2012 | 3220-000 | | $200.87 | $18,613.64 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $50.34 | $18,563.30 |
| 12/14/2012 | 104 | INSURANCE PARTNERS AGENCY, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/14/2012 FOR CASE #08-04446, Blanket Bond Renewal; Inv# 86697; MEOLI-1 | 2300-000 | | $16.86 | $18,546.44 |
| | | | **SUBTOTALS** | | $25,369.71 | $6,823.27 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-04446 | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9067 | | Checking Acct #: | ******9667 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $36.75 | $18,509.69 |
| 01/10/2013 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********6088    ****0110 | 9999-000 | | $18,509.69 | $0.00 |
| | | | TOTALS: | | $25,369.71 | $25,369.71 | $0.00 |
| | | | Less: Bank transfers/CDs | | $20,869.71 | $18,509.69 | |
| | | | Subtotal | | $4,500.00 | $6,860.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,500.00 | $6,860.02 | |

| For the period of  5/20/2008 to 5/15/2013 | | For the entire history of the account between 04/20/2012 to 5/15/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,500.00 | Total Compensable Receipts: | $4,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,500.00 | Total Comp/Non Comp Receipts: | $4,500.00 |
| Total Internal/Transfer Receipts: | $20,869.71 | Total Internal/Transfer Receipts: | $20,869.71 |
| | | | |
| Total Compensable Disbursements: | $6,860.02 | Total Compensable Disbursements: | $6,860.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $6,860.02 | Total Comp/Non Comp  Disbursements: | $6,860.02 |
| Total Internal/Transfer  Disbursements: | $18,509.69 | Total Internal/Transfer  Disbursements: | $18,509.69 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-04446 | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******9067 | | Checking Acct #: | ******0601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/20/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/11/2013 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $18,509.69 | | $18,509.69 |
| 03/25/2013 | 5001 | MARCIA R MEOLI | Trustee Compensation | 2100-000 | | $4,252.85 | $14,256.84 |
| 03/25/2013 | 5002 | MARCIA R MEOLI | Trustee Expenses | 2200-000 | | $147.36 | $14,109.48 |
| 03/25/2013 | 5003 | ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN PC | Claim #: 0; Amount Allowed: 3,354.00; Distribution Dividend: 100.00; | 3991-120 | | $3,354.00 | $10,755.48 |
| 03/25/2013 | 5004 | ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN PC | Claim #: 0; Amount Allowed: 638.69; Distribution Dividend: 100.00; | 3992-130 | | $638.69 | $10,116.79 |
| 03/25/2013 | 5005 | Operating Engineers' Fringe Benefit Funds | Claim #: 2; Amount Allowed: 35,139.09; Distribution Dividend: 28.79; | 5400-000 | | $10,116.79 | $0.00 |
| | | | **TOTALS:** | | $18,509.69 | $18,509.69 | $0.00 |
| | | | Less: Bank transfers/CDs | | $18,509.69 | $0.00 | |
| | | | Subtotal | | $0.00 | $18,509.69 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $18,509.69 | |

| For the period of 5/20/2008 to 5/15/2013 | | For the entire history of the account between 03/11/2013 to 5/15/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $18,509.69 | Total Internal/Transfer Receipts: | $18,509.69 |
| | | | |
| Total Compensable Disbursements: | $18,509.69 | Total Compensable Disbursements: | $18,509.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,509.69 | Total Comp/Non Comp Disbursements: | $18,509.69 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-04446 | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9067 | | Money Market Acct #: | ******9665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 5/20/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/09/2008 | (11) | DEBRA KORTAS | PROCEEDS FOR PURCHASE OF 1999 PORSCHE BOXSTER | 1129-000 | $6,000.00 | | $6,000.00 |
| 10/16/2008 | (5) | GENWORTH LIFE AND ANNUITY | PROCEEDS FROM LIQUIDATION OF LIFE INSURANCE POLICY | 1129-000 | $14,755.42 | | $20,755.42 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $0.86 | | $20,756.28 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $1.63 | | $20,757.91 |
| 12/30/2008 | | To Account #********9666 | TRANSFER OF FUNDS FOR FEE APPLICATION FOR JOHN PIGGINS - 12/18/2008 ORDER ISSUED | 9999-000 | | $2,386.26 | $18,371.65 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.46 | | $18,373.11 |
| 12/31/2008 | | From Account #********9666 | TRANSFER OF EXCESS FUNDS MISTAKENLY ORIGINALLY TRANSFERRED | 9999-000 | $0.10 | | $18,373.21 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.74 | | $18,373.95 |
| 02/06/2009 | 1001 | MYERS-REESE INSURANCE AGENCY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/06/2009 FOR CASE #08-04446, CHAPTER 7 BLANKET BOND RENEWAL | 2300-000 | | $32.03 | $18,341.92 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.69 | | $18,342.61 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.79 | | $18,343.40 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.74 | | $18,344.14 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.72 | | $18,344.86 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.79 | | $18,345.65 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.77 | | $18,346.42 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.77 | | $18,347.19 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.74 | | $18,347.93 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.74 | | $18,348.67 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.77 | | $18,349.44 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.77 | | $18,350.21 |
| 01/19/2010 | 1002 | MYERS-REESE INSURANCE AGENCY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2010 FOR CASE #08-04446 | 2300-000 | | $16.06 | $18,334.15 |

**SUBTOTALS** $20,768.50  $2,434.35

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-04446 | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9067 | Money Market Acct #: | ******9665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/20/2008 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.72 | | $18,334.87 |
| 02/02/2010 | | Wire out to BNYM account ********9665 | Wire out to BNYM account ********9665 | 9999-000 | ($18,334.94) | | ($0.07) |
| 02/02/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.07 | | $0.00 |
| | | | **TOTALS:** | | $2,434.35 | $2,434.35 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($18,334.84) | $2,386.26 | |
| | | | Subtotal | | $20,769.19 | $48.09 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $20,769.19 | $48.09 | |

| For the period of 5/20/2008 to 5/15/2013 | | For the entire history of the account between 10/09/2008 to 5/15/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,769.19 | Total Compensable Receipts: | $20,769.19 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,769.19 | Total Comp/Non Comp Receipts: | $20,769.19 |
| Total Internal/Transfer Receipts: | ($18,334.84) | Total Internal/Transfer Receipts: | ($18,334.84) |
| | | | |
| Total Compensable Disbursements: | $48.09 | Total Compensable Disbursements: | $48.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $48.09 | Total Comp/Non Comp Disbursements: | $48.09 |
| Total Internal/Transfer Disbursements: | $2,386.26 | Total Internal/Transfer Disbursements: | $2,386.26 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-04446 | | Trustee Name: | Marcia R. Meoli |
| --- | --- | --- | --- | --- |
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9067 | | Checking Acct #: | ******9666 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2008 | | From Account #********9665 | TRANSFER OF FUNDS FOR FEE APPLICATION FOR JOHN PIGGINS - 12/18/2008 ORDER ISSUED | 9999-000 | $2,386.26 | | $2,386.26 |
| 12/31/2008 | | To Account #********9665 | TRANSFER OF EXCESS FUNDS MISTAKENLY ORIGINALLY TRANSFERRED | 9999-000 | | $0.10 | $2,386.16 |
| 12/31/2008 | 101 | JOHN PIGGINS | FIRST FEE APPLICATION FOR ATTY. FOR TRUSTEE FEES - 12/08 | 3210-000 | | $2,260.00 | $126.16 |
| 12/31/2008 | 102 | JOHN PIGGINS | FIRST FEE APPLICATION FOR ATTY FOR TRUSTEE EXPENSES - ORDER OF 12/08 | 3220-000 | | $126.16 | $0.00 |

|  |  |  |
| --- | --- | --- |
| TOTALS: | $2,386.26 | $2,386.26  $0.00 |
| Less: Bank transfers/CDs | $2,386.26 | $0.10 |
| Subtotal | $0.00 | $2,386.16 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $0.00 | $2,386.16 |

| For the period of 5/20/2008 to 5/15/2013 | | For the entire history of the account between 10/09/2008 to 5/15/2013 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,386.26 | Total Internal/Transfer Receipts: | $2,386.26 |
| | | | |
| Total Compensable Disbursements: | $2,386.16 | Total Compensable Disbursements: | $2,386.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,386.16 | Total Comp/Non Comp Disbursements: | $2,386.16 |
| Total Internal/Transfer Disbursements: | $0.10 | Total Internal/Transfer Disbursements: | $0.10 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-04446 | | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | ******9067 | | | Checking Acct #: | ******2767 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2008 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $18,509.69 | | $18,509.69 |
| 03/11/2013 | | Bank of Texas | Transfer Funds | 9999-000 | | $18,509.69 | $0.00 |
| | | | TOTALS: | | $18,509.69 | $18,509.69 | $0.00 |
| | | | Less: Bank transfers/CDs | | $18,509.69 | $18,509.69 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 5/20/2008 to 5/15/2013 | | For the entire history of the account between 01/08/2013 to 5/15/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $18,509.69 | Total Internal/Transfer Receipts: | $18,509.69 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18,509.69 | Total Internal/Transfer Disbursements: | $18,509.69 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-04446 | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|
| Case Name: | MICHIGAN AGGREGATES CORPORATION | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | ******9067 | | Checking Acct #: | ******2767 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $35,028.47 | $35,028.47 | $0.00 |

**For the period of 5/20/2008 to 5/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $35,028.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,028.47 |
| Total Internal/Transfer Receipts: | $67,157.15 |
| | |
| Total Compensable Disbursements: | $35,028.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $35,028.47 |
| Total Internal/Transfer Disbursements: | $67,157.15 |

**For the entire history of the case between 05/20/2008 to 5/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $35,028.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,028.47 |
| Total Internal/Transfer Receipts: | $67,157.15 |
| | |
| Total Compensable Disbursements: | $35,028.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $35,028.47 |
| Total Internal/Transfer Disbursements: | $67,157.15 |